In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-12-00053-CR
_____

**RICKY LAMAR RANDOLPH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court**
**Jefferson County, Texas**
**Trial Cause No. 11-12406**

**MEMORANDUM OPINION**

A jury found appellant Ricky Lamar Randolph guilty of felony theft, and the trial court assessed punishment at sixteen years of imprisonment.

Randolph's appellate counsel filed a brief that presents counsel's professional evaluation of the record and concludes the appeal is frivolous. *See Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978). On July 12, 2012, we granted an extension of time for Randolph to file a *pro se* brief. We received no response from Randolph.

1

We reviewed the appellate record, and we agree with counsel's conclusion that no arguable issues support an appeal. Therefore, we find it unnecessary to order appointment of new counsel to re-brief the appeal. *Compare Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). We note that the trial court's judgment incorrectly recites that Randolph's offense is a second-degree felony. This Court has the authority to modify the trial court's judgment to correct a clerical error. *Bigley v. State*, 865 S.W.2d 26, 27 (Tex. Crim. App. 1993). Therefore, we delete "2nd degree felony" from the section of the judgment entitled "Degree of Offense" and substitute "state jail felony, sequenced prior felony convictions" in its place. We affirm the trial court's judgment as modified.[1]

AFFIRMED AS MODIFIED.

_____
STEVE McKEITHEN
Chief Justice

Submitted on October 8, 2012
Opinion Delivered October 31, 2012
Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.

---

[1]Appellant may challenge our decision in this case by filing a petition for discretionary review. *See* Tex. R. App. P. 68.